# PD-1610-15

No. _____

IN THE

COURT OF CRIMINAL APPEALS

Austin, Texas

Elizabeth Allyson Ramsey

V.

The State of Texas

FROM APPEAL No. 05-14-01282-CR

TRIAL CAUSE No. F12-53296-I

DALLAS County

## FIRST MOTION FOR EXTENTION OF TIME TO FILE
## PETITION FOR DISCRETIONARY REVIEW

To the honorable Judges of the Court of Criminal Appeals:

Comes now, Elizabeth Allyson Ramsey, Petitioner, and files this Motion for an extention of sixty (60) days in which to file a Petition for Discretionary Review. In support of this motion, appellant shows the Court the following:

I.

The Petitioner was convicted in the Second District Court of Dallas County, Texas of the offence of 1st Degree Injury to a Child w/SBMI, in the Cause No. F12-53296-I, styled State of Texas v. Elizabeth Ramsey. The Petitioner appealed to the Court of Appeals, 5th Supreme Judicial District. The case was

affirmed on November 4, 2015.

## II.

The present deadline for filing the Petition for Discretionary Review is December 4, 2015. The Petitioner has not requested any extention prior to this request.

## III.

Petitioner's request for an extention is based upon the following facts: Petitioner was not informed of the decision of the Court of Appeals in affirming her case until November 17, 2015. Since that time Petitioner has been attempting to gain legal representation in this matter. Her attorney on the appeal, Lawrence B. Mitchell, has informed Petitioner that he will not represent her on the Petition for Discretionary Review.

Wherefore, Petitioner prays this Court grant this motion and extend the deadline for filing the Petition for Discretionary Review in Case No. 05-14-01282-CR to February 3, 2016.

Petitioner, pro se

Texas Department of Criminal Justice

Hobby Unit

TDCJ-ID# 1942389

Marlin, Texas

## CERTIFICATE OF SERVICE

I certify a true and correct copy of the above and foregoing First Motion for Extention of Time to File a Petition for Discretionary Review has been Forwarded by US Mail, postage prepaid, First Class, to the Attorney for the State _____, at _____, and to the State Prosecuting Attorney, Po Box 12405, Austin, Texas 78711 on this, the 24 day of November 2015.

_Elizabeth Ramsey_
Petitioner, pro se

I, Elizabeth A. Ramsey, TDCJ # 1942389, being presently incarcerated in the William P. Hobby Unit of the Texas Department of Criminal Justice in Fall County, Texas, verify and declare under penalty of purjury that the foregoing statements are true and correct. Executed on this, the ___ day of November, 2015.

_Elizabeth Ramsey_
1942389-TDCJ-ID#